UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

SARI K. ALSAKER,

Plaintiff,

vs.

NOVASTAR MORTGAGE, INC.,

Defendant.

CIVIL CASE NO. 00836-RHK/JMM

---

~~[Proposed]~~

**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**

---

The parties have entered into a settlement agreement, resolving to their mutual satisfaction the claims raised in this action. Pursuant to the settlement, the parties stipulate to a dismissal of this action in its entirety, as to defendant NovaStar Mortgage, Inc. and to all causes of action. The dismissal of the complaint is to be with prejudice. The dismissal shall be without an award of fees or costs to any party.



FILED JUN 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5/30, 2000.

CONSUMER JUSTICE CENTER, P.A.

By ______________________
Thomas J. Lyons, Jr.
Attorneys for Plaintiff Sari K. Alsaker

Dated: 6/8, 2000.

BRIGGS AND MORGAN, P.A.

By ______________________
Alan H. Maclin
Attorneys for Defendant NovaStar Mortgage, Inc.

Of Counsel:
SEVERSON & WERSON
A Professional Corporation
Patricia L. McClaran (CSB #95754)
Sunny S. Huo (CSB #181071)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 398-3344

**ORDER**

Good cause appearing, IT IS ORDERED that

1. This case is dismissed in its entirety as to defendant NovaStar Mortgage, Inc.

2. The dismissal of the complaint shall be with prejudice.

3. No party shall recover attorneys' fees or costs.

Dated: 6/9, 2000

______________________
Honorable Richard H. Kyle
United States District Judge